IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
        V.                  )   Criminal No. 05-06
                            )
HOWARD HAWKINS              )

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2006, upon consideration of the within Motion to Reconsider Memorandum Order Denying Motion to Suppress Evidence, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

_____
Gary L. Lancaster
United States District Judge

cc: Counsel of Record

AND NOW, THIS 10th DAY OF Jan 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE