IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-06
)
HOWARD HAWKINS )

**ORDER OF COURT**

AND NOW, this 10th day of _____, 2006, upon consideration of the foregoing Motion to Dismiss Indictment on Jurisdictional Grounds with Brief in Support Thereof, it is hereby ORDERED that:

_____
Gary L. Lancaster
United States District Judge

cc: Counsel of Record

AND NOW, THIS 10th DAY OF Jan 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE