IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
V. ) Criminal No. 05-06
)
HOWARD HAWKINS )

### ORDER OF COURT

AND NOW, to wit, this \_\_\_\_\_ day of _____ 2006, upon consideration of Defendant's Motion for Judgment of Acquittal, it is hereby ORDERED, ADJUDGED and DECREED, that said motion is hereby GRANTED;

IT IS FURTHER ORDERED _____ .

_____
Gary L. Lancaster
United States District Judge

AND NOW, THIS 17th DAY OF Nov 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE