IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
MAR - 6 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| HOWARD HAWKINS,<br>Petitioner, | Civil No. 08-1605<br>Crim. No. 05-06<br>Judge Lancaster |
| -vs- | |
| UNITED STATES OF AMERICA,<br>Respondent. | REQUEST FOR A CERTIFICATE OF APPEALABILITY |

Now Comes Howard Hawkins (hereinafter "Petitioner"), acting in pro per, and respectfully moves for a certificate of appealability in the above entitled case.

A brief in support of said request is attached hereto and incorporated herein by reference.

Respectfully submitted,

Howard Hawkins
Petitioner in pro per
Reg. No. 08404-068
USP Allenwood
PO Box 3000
White Deer, PA 17887

AND NOW, THIS 6th DAY OF March 09 IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE